IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAUL PARTIDA-VENTURA,<br><br>Defendant. | CR 26-80-BLG-SPW<br><br>ORDER |

Defendant entered his plea of guilty before U.S. Magistrate Judge Timothy J. Cavan in open court on August 13, 2026. United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on August 13, 2026 (Doc. 19). No objections having been filed within fourteen days thereof,

**IT IS HEREBY ORDERED** that Judge Cavan's Findings and Recommendations (Doc. 19) are ADOPTED IN FULL;

Pursuant to the Defendant's plea agreement (fast track) (Doc. 9 at 3), the parties agree to an abbreviated presentence report. Therefore, the presentence report is waived in accordance with Rule 32(c)(1)(A)(ii), with the exception of the offense level computation, criminal history points and advisory sentencing guideline range.

**IT IS FURTHER ORDERED** that sentencing in this matter is set for **Thursday, September 24, 2026 at 11:00 a.m.** in the Snowy Mountains Courtroom of the James F. Battin U.S. Courthouse.

The probation officer shall disclose the completed report detailing the offense level computation, criminal history points and advisory sentencing guideline range as follows: **two copies** to counsel for Defendant, and **one copy** to counsel for the government on or before **September 16, 2026**. Any objections to the report will be argued at the sentencing hearing.

Defendant is to remain in the custody of U.S. Marshals pending sentencing.

The Clerk of Court is directed to notify counsel, U.S. Probation and U.S. Marshal Service of the making of this Order.

DATED this 28th day of August, 2026.

Susan P. Watters

SUSAN P. WATTERS
U.S. DISTRICT JUDGE